IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


TONY LERON SOWELL,

      Petitioner,

v.                                                                    CASE NO. 1:07-cv-00256-MP-AK

UNITED STATES OF AMERICA,

      Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 4,  Report and Recommendation of the

Magistrate Judge, recommending that this petition be dismissed as a successive petition under §

2255 filed without prior permission from the United States Court of Appeals for the Eleventh

Circuit.  Petitioner has previously sought and been denied § 2255 relief, and he may not file

another motion to vacate without prior certification from the Eleventh Circuit. 28 U.S.C. §§

2244(b)(3) & 2255.   Even then, a second or successive motion will not be allowed by the

appellate court absent newly discovered evidence or "a new rule of constitutional law, made

retroactive to cases on collateral review by the Supreme Court, that was previously unavailable,"

§ 2255, none of which is at issue here.   Also, Petitioner offers no reason that the All Writs

Act would provide relief because § 2255 "specifically addresses the particular issue[s] at hand,

[and] it is that authority, and not the All Writs Act, that is controlling." Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.      The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.      The petition is dismissed and the Clerk is directed to close this file.

**DONE AND ORDERED** this  *14th*  day of October, 2008


                *s/Maurice M. Paul*

                Maurice M. Paul, Senior District Judge